IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MIRTA GROSECLOSE,

    Appellant,

v.

OPTIMUM ONCOLOGY-
COMPREHENSIVE CANCER
CENTER/ GALLAGHER
BASSETT SERVICES, INC.,

    Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D12-3912

Opinion filed December 1, 2016.

An appeal from an order of the Judge of Compensation Claims.
Gerardo Castiello, Judge.

Date of Accident: September 26, 2008.

Bram J. Gechtman, Miami, Robert J. Fiore of Robert J. Fiore, P.A., Miami, and Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, for Appellant.

Eduardo E. Neret and Javier A. Finlay of the Law Offices of Eduardo E. Neret, P.A., Miami, for Appellees.

PER CURIAM.

The court having received the October 27, 2016, order of the Supreme Court

of Florida quashing this court's opinion of October 23, 2013, and remanding the

matter for reconsideration upon application of <u>Westphal v. City of St. Petersburg</u>, 194 So. 3d 311 (Fla. 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

RAY, BILBREY, and JAY, JJ., CONCUR.